Lacina v Hereford Ins. Co. (2020 NY Slip Op 51333(U))

[*1]

Lacina v Hereford Ins. Co.

2020 NY Slip Op 51333(U) [69 Misc 3d 139(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2040 K C

Francis J. Lacina, M.D., as Assignee of
Henry, Akilah, Appellant, 
against
Hereford Insurance Co., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Goldberg, Miller & Rubin, P.C. (Timothy Bishop of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Michael
Gerstein, J.), entered August 10, 2018. The order denied plaintiff's motion for summary judgment
and granted defendant's cross motion for summary judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which denied plaintiff's motion for summary judgment and
granted defendant's cross motion for summary judgment dismissing the complaint.
Contrary to plaintiff's contention on appeal, the affidavit executed by defendant's no-fault
supervisor and the contemporaneous affidavits executed by defendant's mailing officer were
sufficient to establish the proper mailing of the denial of claim forms (see St. Vincent's Hosp.
of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020